ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

MERVIN R. HADDEN

                     Plaintiff(s),

    - against -

BUREAU OF PRISONS

                     Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 Civ. 8586 (HB) ( )

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_Mervin Robert Hadden_
Attorney(s) for Plaintiff(s) M. Robert Hadden
Address Reg # 00897-055
        FMC Devens
Telephone P.O. Box 879
        Ayer, MA 01432

_[signature]_
Attorney(s) for Defendant(s) DAVID BOBER
Address 86 CHAMBERS ST, 3D FLOOR
        NEW YORK, NY 10007
Telephone 212-637-2718

Attorney(s) for _____
Address
Telephone

Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_[signature]_
                          U.S.D.J.

Magistrate Judge _Debra Freeman_ was assigned this case on _October 10, 2007_.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08

For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99

IH-30