UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MERVIN R. HADDEN,

                              Plaintiff,                  07 Civ. 08586 (DF)

            -against-                      **SCHEDULING ORDER**

BUREAU OF PRISONS,

                              Defendants.
------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

    It is hereby ORDERED that the office of the United States Attorney shall make arrangements for Plaintiff to participate in a telephone conference call with the Court on March 14, 2008, at 10:00 a.m., and shall initiate that call to my chambers on that date.

Dated:  New York, New York
          February 27, 2008

                                            SO ORDERED

                                            _____
                                            DEBRA FREEMAN
                                            United States Magistrate Judge

Copies to:

Mr. Mervin R. Hadden
00897-055
F.C.I.
P.O. Box 1000
Otisville, NY 10963

David V. Bober, Esq.
Assistant United States Attorney
86 Chambers Street
New York, NY 10007