UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARVIN R. HADDEN,                              :

          Plaintiff,                                   :         07 Civ. 8586 (HB)(DF)

          -against-                                   :         **ORDER**

BUREAU OF PRISONS,                             :

          Defendants.                                  :
------------------------------------------------------------X



**DEBRA FREEMAN, United States Magistrate Judge:**

It is hereby ORDERED that the telephone conference originally scheduled for Thursday, May 15, 2008, is rescheduled to Friday, May 16, 2008, at 10:00 a.m. The office of the United States Attorney shall make arrangements for Plaintiff to participate in a telephone conference call with the Court and shall initiate that call to my chambers on that date.

Dated: New York, New York
       May 5, 2008

                                            SO ORDERED

                                            _____
                                            DEBRA FREEMAN
                                            United States Magistrate Judge

Copies to:

Mr. Mervin R. Hadden
00897-055
Otisville FCI
PO Box 1000
Otisville, NY, 10963

David Bober, Esq.
Assistant United States Attorney
86 Chambers St., 3rd Fl.
New York, NY 10007