

U.S. Department of Justice

United States Attorney
Southern District of New York

JUL 11 2008

86 Chambers Street
New York, New York 10007

July 11, 2008

BY FACSIMILE
Hon. Debra C. Freeman
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 525
New York, NY 10007

7/15/08

Re: Hadden v. Bureau of Prisons,
07 Civ. 8586 (HB)

Dear Judge Freeman:

I write respectfully on behalf of defendant the Bureau of Prisons ("BOP") to request a two-week extension of time, from July 14, 2008, until July 28, 2008, in which to submit the BOP's reply brief in the above-captioned matter. I request this extension to allow me additional time to consult with representatives of the BOP regarding some factual issues raised by pro se plaintiff Mervin R. Hadden in his opposition papers. In addition, the Court has scheduled a telephone conference for July 24, 2008, at 10:00 a.m. Because I believe the Court's intention was to conduct the telephone conference after the motions papers had been fully submitted, I respectfully request that the telephone conference be postponed until a date after July 28, 2008, that is convenient for the Court.

This is the defendant's first request for an extension. Because Mr. Hadden is incarcerated and proceeding pro se, I have not attempted to obtain his consent. I thank the Court for its consideration of this request.

**MEMO ENDORSED**

Respectfully submitted,

SO ORDERED:    DATE: 7/15/08

*Debra Freeman*
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: *David Bober*
DAVID BOBER
Assistant United States Attorney
(212) 637-2718

cc: Mervin R. Hadden (via overnight mail)

7-15-08
Chambers of Magistrate Judge Freeman

2786

TOTAL P.02